Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Jacquelyne VanEmmerik (SBN 339338)
**MOON LAW GROUP, P.C.**
1055 West Seventh Street, Suite 1880
Los Angeles, California 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
E-mail: kmoon@moonlawgroup.com
E-mail: afeghali@moonlawgroup.com
E-mail: jvanemmerik@moonlawgroup.com

Attorneys for Plaintiff, *Madison Laird*

Joan B. Tucker Fife (SBN 144572)
jfife@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Tristan R. Kirk (SBN 313262)
tkirk@winston.com
**WINSTON & STRAWN LLP**
333 S. Grand Avenue
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Attorneys for Defendant, *Avanade Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADISON LAIRD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AVANADE, INC., a Washington corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:23-cv-04237-CRB<br><br>**JOINT STIPULATION TO SUBMIT AMENDED PROPOSED ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL; [PROPOSED] ORDER**<br><br>Judge: Honorable Charles R. Breyer<br>Courtroom: 6<br><br>Complaint filed: June 28, 2023 |

JOINT STIPULATION

Plaintiff Madison Laird ("Plaintiff") and Defendant Avanade Inc. ("Defendant") (Plaintiff with Defendant, the "Parties"), by and through their respective counsels of record, hereby enter into the below Joint Stipulation to Submit Amended Proposed Order Granting Motion for Preliminary Approval with reference to the following facts:

WHEREAS, on November 17, 2025, Plaintiff filed his Motion for Preliminary Approval of Class Action Settlement and supporting papers (Dkt. Nos. 21, 21-1, 21-2, and 21-3) (all together, "Motion"), including a proposed Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 21-3) ("Proposed Order");

WHEREAS, pursuant to the Parties' Joint Stipulation of Class Action Settlement (the "Settlement"), paragraph 9 of the Proposed Order provides that Defendant must provide the Class Data[1] to the Administrator no later than fourteen (14) calendar days after the Court grants preliminary approval of the Settlement;

WHEREAS, assuming the Court grants preliminary approval of the Settlement at the preliminary approval hearing on December 19, 2025, Defendant's deadline to provide the Class Data to the Administrator will be January 2, 2026;

WHEREAS, the Parties' met and conferred regarding extending this deadline by fourteen (14) calendar days to account for the holiday season;

THEREFORE, to allow Defendant sufficient and adequate time to provide the Class Data to the Administrator after the Court grants preliminary approval of the Settlement, the Parties hereby stipulate and request that the Court use the amended proposed Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement attached hereto as <u>Exhibit A</u>, which provides Defendant twenty-eight (28) calendar days to provide the Class Data to the Administrator after the Court grants preliminary approval of the Settlement.

---

[1] All terms herein that are not defined shall have the same meaning as in the Settlement.

| | | |
|---|---|---|
| 1 | Dated: December 18, 2025 | WINSTON & STRAWN LLP |

By: */s/ Tristan Kirk*

    Joan Fife
    Tristan Kirk
    Attorneys for Defendant, *Avanade Inc.*

Dated: December 18, 2025        MOON LAW GROUP, P.C.

By: */s/ Jacquelyne VanEmmerik*

    Kane Moon
    Allen Feghali
    Jacquelyne VanEmmerik
    Attorneys for Plaintiff, *Madison Laird*

## [PROPOSED] ORDER

Having reviewed the Parties' Joint Stipulation to Submit Amended Proposed Order Granting Motion for Preliminary Approval (the "Joint Stipulation"), and good cause appearing, the Court HEREBY ORDERS that the Court shall use the amended proposed Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement attached as <u>Exhibit A</u> to the Joint Stipulation instead of the Proposed Order filed as Dkt. No. 21-3 for purposes of preliminary approval.

IT IS SO ORDERED.

Dated: _____          _____
                                  The Honorable Charles R. Breyer
                                  United States District Court Judge

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

Dated: December 18, 2025        /s/ *Tristan Kirk*
                                Tristan Kirk

JOINT STIPULATION