Kane Moon (SBN 249834)
Allen Feghali (SBN 301080)
Jacquelyne VanEmmerik (SBN 339338)
**MOON LAW GROUP, P.C.**
725 South Figueroa Street, 31st Floor
Los Angeles, CA 90017
Telephone: (213) 232-3128
Facsimile: (213) 232-3125
Email: kmoon@moonlawgroup.com
Email: afeghali@moonlawgroup.com
Email: jvanemmerik@moonlawgroup.com

Attorneys for Plaintiff MADISON LAIRD

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MADISON LAIRD, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AVANADE INC, a Washington corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-04237-CRB<br><br>[Assigned to Hon. Charles R. Breyer, Courtroom 6]<br><br>**~~[PROPOSED]~~ JUDGMENT**<br><br>Date: July 10, 2026<br>Time: 10:00 a.m.<br>Courtroom: 6<br><br>Complaint filed: June 28, 2023<br>Trial date: Not set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiff MADISON LAIRD ("Plaintiff") and Defendant Avanade Inc. ("Defendant") (Plaintiff and Defendant together, "the Parties") have reached a class action settlement involving claims asserted under the Fair Credit Reporting Act and related state law statutes.

Plaintiff has filed a motion for final approval of a class action settlement of the claims asserted against Defendant in this action, memorialized in the Joint Stipulation of Class Action Settlement (the "Settlement") (*see,* Declaration of Kane Moon in Support of Plaintiff's Motions for (1) Final Approval of Class Action Settlement and (2) Award for Attorneys' Fees and Costs, and Service Payment to Plaintiff ["Moon Decl."], Ex. 1) with attached Exhibits. In addition, Plaintiff concurrently filed a motion for an award of fees, costs, and class representative service payment, which was considered in conjunction with the motion for final approval.

The Court has entered an Order granting final approval of the Parties' Settlement (the "Final Approval Order"). The court now has before it a [Proposed] Judgment.

The Court, having entered a Final Approval Order in this Action, and good cause appearing,

**HEREBY ADJUDGES AND DECREES AS FOLLOWS:**

1. The Court, for purposes of this Judgment, refers to all terms and definitions as set forth in the Settlement.

2. The Court enters Judgment as follows: Plaintiff, Class Counsel, and the Administrator shall take nothing from Defendant except as expressly set forth in the Final Approval Order and according to the terms of the Settlement.

3. The Parties shall bear their own respective attorneys' fees and costs, except as otherwise provided for in the Settlement and approved by the Court.

4. This Judgment and the Final Approval Order are intended to be a final disposition of the Action in its entirety and are intended to be immediately appealable.

Notwithstanding the finality of this Judgment, the Court will retain jurisdiction over

the Parties, Action, and the Settlement solely for purposes of (i) enforcing the Settlement and/or Judgment, (ii) addressing settlement administration matters, and (iii) addressing such post-Judgment matters as are permitted by law.

**IT IS SO ADJUDGED.**

Dated: July 17, 2026

Honorable Charles R. Breyer
Judge of the Northern District of California